**Dismissed and Opinion Filed January 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00936-CV

**DONALD R. BROCK, Appellant**
**V.**
**DALLAS COUNTY, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-16-02033**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated November 14, 2017, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. On November 30, 2017, we granted appellant's request to extend time to file his brief and ordered appellant's brief to be filed by December 29, 2017. To date, appellant has not filed a brief, filed a second extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170936F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONALD R. BROCK, Appellant

No. 05-17-00936-CV         V.

DALLAS COUNTY, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. TX-16-02033.
Opinion delivered by Chief Justice Wright. Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DALLAS COUNTY recover its costs of this appeal from appellant DONALD R. BROCK.

Judgment entered January 30, 2018.